UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSEVIER INC., *et al.*,

        Plaintiffs,

-v-

RESEARCH PERIODICALS & BOOKS
SERVICES, INC., *et al.*,

        Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/10
```

No. 09 Civ. 9478 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On February 25, 2010, the Court held a conference in the above-captioned case, at which all parties were present. The parties stated on the record that they have reached a settlement agreement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

DATED:    February 25, 2010
             New York, New York

                                       RICHARD J. SULLIVAN
                                       UNITED STATES DISTRICT JUDGE